certain securities affirmed, with ten dollars costs and disbursements; provision for examination to be settled on notice. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

ELIZABETH NOONAN, Appellant, v. EDMUND F. GIBBONS, Respondent, Impleaded with Others, Defendants.— Order denying plaintiff's motion to punish defendant as and for a contempt by reason of refusal to answer certain questions propounded in the course of an examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Young, J., not voting.

MARSELIS C. PARSONS, Appellant, v. THE RYE NATIONAL BANK and Others, Respondents.— Order denying motion to direct the defendants to serve an amended answer, and order denying motion of plaintiff for the examination of certain defendants and ordering the examination of the defendant bank in part only, affirmed, with one bill of ten dollars costs and disbursements; examination of defendant bank to proceed on five days' notice at a time and place to be stated in the order. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur. Settle order on notice.

ELIZABETH F. PETROCELLI and Another, Respondents, v. TRAUBE DRY CLEANING Co., INC., Appellant.— In an action by the plaintiff wife to recover damages for personal injuries sustained when struck by a motor vehicle, and by her husband to recover for medical expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX BACHILO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IKE EICHEBAUM, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX FINK, Appellant, — Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, reversed on the law and the facts, information dismissed and fine remitted. There is no proof that defendant took any part in the actual assault. His conduct was consistent with innocence. Furthermore, the information does not charge this defendant and his codefendants with acting in concert, but charges each with the commission of an actual, physical assault on the complainant's person. Therefore, Fink's announcement " Here they are coming " may not be taken as an act in furtherance of a common purpose to make an assault on the complainant. Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ., concur; Davis, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETE GARDINI, Appellant.— Judgment of the Court of Special Sessions of the City of New York,